# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| TRI-COUNTY LANDFILL, INC., | : No. 68 WAL 2014 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| v. | : |
| | : |
| LIBERTY TOWNSHIP BOARD OF SUPERVISORS | : |
| v. | : |
| | : |
| DR. RAY YOURD, DIANA HARDISKY, ERIC AND POLLY LINDH, BILL AND LISA PRITCHARD, ANNE AND DAVE DAYTON, DOUG BASHLINE AND THE GROVE CITY FACTORY SHOPS LIMITED PARTNERSHIP, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 9th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.